UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy Case No. |
| NATHANIEL ALEXANDER MALCOLM and | ) | 15-10853 HRT |
| MORGAN MARIE LELAND | ) | Chapter 7 |
| Debtor(s). | ) | |
| _____ | ) | |
| | ) | |
| BRYAN HANSEN and, | ) | |
| KRISTEN NELSON | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Adversary Proceeding No. 15-1373 HRT |
| | ) | |
| MORGAN MARIE LELAND, | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |
| Morgan Marie Leland, | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Platinum Elite Real Estate Corp., | ) | |
| *dba* Lux Homes Denver, | ) | |
| Third-Party Defendant. | ) | |
| _____ | ) | |

**ORDER AND NOTICE REGARDING TRIAL PURSUANT TO
FED.R.BANKR.P. 7016 (FED.R.CIV.P. 16(b))**

The Court has reviewed the *Joint Report Pursuant to Fed.R.Bankr.P. 7026 and Fed.R.Civ.P. 26(f)* (docket #16) filed December 29, 2015, by counsel for Plaintiffs Bryan Hansen and Kristen Nelson and Defendant/Third-Party Plaintiff Morgan Marie Leland.   Being advised,

IT IS ORDERED that the provisions of Fed.R.Civ.P. 26, as amended effective December 1, 2007, shall apply to this proceeding, subject to the provisions of this Order.

IT IS FURTHER ORDERED the **scheduling conference set for January 5, 2016, is VACATED.**

IT IS FURTHER ORDERED that the parties adhere to the following deadlines:

1. <u>Amended Pleadings</u>.  Motions to amend or supplement pleadings or to join additional parties must be filed by **Wednesday, June 22, 2016.**  This deadline pertains to timing only, parties must comply with Fed.R.Civ.P. 15(a).

2. <u>Expert Witnesses</u>.  Disclosures and written reports required by Fed.R.Civ.P. 26(a)(2) must be made and exchanged on or before **Wednesday, June 1, 2016.**  If evidence is intended solely to contradict or rebut evidence on the same subject matter identified by another party under Fed.R.Civ.P. 26(a)(2)(B), disclosure must be made on or before **Wednesday, June 22, 2016.**

3. <u>Duty to Supplement-Sanctions</u>.  All disclosures and responses to discovery shall be timely supplemented pursuant to Fed.R.Civ.P. 26(e).  Failure to timely disclose, or to provide incomplete, false or misleading disclosures, may result in Fed.R.Civ.P. 37(c) sanctions.

4. <u>Discovery</u>.  Discovery must be completed by **Thursday, June 30, 2016.**  "Completed" means that all depositions are concluded and that responses to written discovery are due on or before the discovery completion date.  The special provisions regarding limited and simplified discovery as specified in Local Bankruptcy Rule 7026-2 **shall apply** in this adversary proceeding.

5. <u>Dispositive Motions</u>.  Dispositive motions, if any, must be filed by **Thursday, July 14, 2016**.  Any response to a dispositive motion **shall be filed** with the Court and served on interested parties **within fourteen (14) days after mailing** of the dispositive motion.

6. <u>Telephonic scheduling conference</u>.  A telephonic scheduling conference to set a trial date and related deadlines shall be held on **Tuesday, August 23, 2016**, commencing at **11:00 a.m.** in Courtroom **B**, U.S. Custom House, 721 19th Street, Denver, Colorado.  The Plaintiff(s) and Defendant(s), individually, or a representative of the Plaintiff and Defendant, and their respective counsel shall appear by telephone at the scheduled conference.  Counsel/parties shall dial ***720-904-7488***, a few minutes prior to commencement of the conference.  You will be asked to provide the following meeting access code for the hearing: ***993 504 145*** followed by the # sign.  You will be connected into the Court's conference call line.

IT IS FURTHER ORDERED that, unless a party requests amendments to this Order on or before **January 29, 2016**, no modifications will be entertained by the Court.  Failure to comply with this Order may result in imposition of appropriate sanctions pursuant to Fed.R.Bankr.P. 7016 and 7037 (Fed.R.Civ.P. 16 and 37).

DATED this  30th   day of December, 2015.

BY THE COURT:

*Howard Tallman*

Howard R. Tallman, Judge
United States Bankruptcy Court