# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: )<br>)<br>NATHANIEL ALEXANDER MALCOLM and )<br>MORGAN MARIE LELAND )<br>Debtor(s). )<br>_____ )<br>)<br>BRYAN HANSEN and, )<br>KRISTEN NELSON )<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MORGAN MARIE LELAND, )<br>Defendant. )<br>_____ )<br>)<br>Morgan Marie Leland, )<br>Third-Party Plaintiff, )<br>)<br>v. )<br>)<br>Platinum Elite Real Estate Corp., )<br>*dba* Lux Homes Denver, )<br>Third-Party Defendant. )<br>_____ ) | Bankruptcy Case No.<br>15-10853 HRT<br>Chapter 7<br><br><br><br><br><br><br><br><br>Adversary Proceeding No. 15-1373 HRT |

## SUPPLEMENTAL ORDER AND NOTICE

On December 30, 2015, this Court entered an Order and Notice regarding Trial. Among other things, that Order set a telephonic scheduling conference for August 23, 2016. In the intervening months, the Court's telephone information has changed. Therefore,

NOTICE IS HEREBY GIVEN a telephonic scheduling conference will be held **Tuesday, August 23, 2016**, commencing at **11:00 a.m.** in Courtroom **B**, U.S. Custom House, 721 19th Street, Denver, Colorado. The Plaintiff(s) and Defendant(s), individually, or a representative of the Plaintiff and Defendant, and their respective counsel shall appear by telephone at the scheduled conference. Counsel/parties shall dial *1-888-684-8852*, a few minutes prior to commencement of the conference. You will be asked to provide the following meeting access code for the hearing: *416 8567* followed by the # sign. You will be connected into the Court's conference call line.

Dated this 17th day of June, 2016.

BY THE COURT:

*Howard Tallman*

Howard R. Tallman, Judge
United States Bankruptcy Court