# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re ) | |
| ) | |
| NATHANIEL ALEXANDER MALCOLM, ) | Case No. 15-10853-HRT |
| MORGAN MARIE LELAND ) | Chapter 7 |
| Debtors. ) | |
| ) | |
| _____ ) | |
| BRYAN HANSEN, ) | |
| KRISTEN NELSON ) | Adv. Proc. No. 15-01373-HRT |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| MORGAN MARIE LELAND, ) | |
| Defendant. ) | |
| _____ ) | |
| MORGAN MARIE LELAND, ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PLATINUM ELITE REAL ESTATE CORP., ) | |
| *doing business as* LUX HOMES DENVER, ) | |
| Third-Party Defendant. ) | |
| _____ ) | |
| BRYAN HANSEN, ) | |
| KRISTEN NELSON ) | |
| Third-Party Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| PLATINUM ELITE REAL ESTATE CORP., ) | |
| *doing business as* LUX HOMES DENVER, ) | |
| Third-Party Defendant. ) | |
| ) | |

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND DISCOVERY AND
DISPOSITIVE MOTIONS DEADLINE**

THIS MATTER having come before the Court on BRYAN HANSEN and KRISTEN NELSON'S Unopposed Motion to Extend Discovery and Dispositive Motions Deadline (the "Motion"), the Court having reviewed the Motion and being duly advised, does hereby

ORDER that the deadline to conduct discovery in this case is hereby extended until August 1, 2016. It is further

ORDERED that the deadline to file dispositive motions in this case is hereby extended until August 15, 2016.

Dated this 23rd day of June, 2016.

BY THE COURT:

_Howard Tallman_
U.S. BANKRUPTCY JUDGE